NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAKETA S. JOLLY,**

*Plaintiff-Appellant*

**v.**

**EXCELSIOR COLLEGE, MARY LEE POLLARD, JOANNE LEONE, LAURA BALDWIN TUFFA,**

*Defendants-Appellees*

---

2022-2229

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:21-cv-05628-WB, Judge Wendy Beetlestone.

---

## ON MOTION

---

Before DYK, BRYSON, and PROST, *Circuit Judges.*

PER CURIAM.

## O R D E R

Maketa S. Jolly appeals from the United States District Court for the Eastern District of Pennsylvania's dismissal of her complaint against Excelsior College and non-federal government employees or officials alleging

violations of her civil and constitutional rights, the Privacy Rights Act, Public Records Act, and disclosure of personal information.  Having received no responses to this court's October 21, 2022, order to show cause and for the jurisdictional issues noted in that show cause order, we now transfer this appeal and all filings to the United States Court of Appeals for the Third Circuit.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

December 21, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court